IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-RJ-00013-NONE-MJW

NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY
TRUST FUND, et al.,

Plaintiff(s),

v.

WESTERN AIR INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Vacate Hearing (docket no. 4) is GRANTED.  The Rule 69 Hearing set on August 23, 2005, at 8:30 a.m. is vacated.  The case shall be closed.

Date:  August 22, 2005